AO 442 (Rev. 11/11) Arrest Warrant

11447632

# UNITED STATES DISTRICT COURT
for the

District of Columbia

U.S. MARSHAL-DC PM 2:19
RECEIVED JUL 19 '22

United States of America
v.
Charles Michael Birdsell

*Defendant*

)
) Case: 1:22-mj-00156
) Assigned To : Harvey, G. Michael
) Assign. Date : 7/13/2022
) Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* _____Charles Michael Birdsell_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252(a)(2) and (b)(1) (receipt and attempted receipt of child pornography);
18 U.S.C. § 2252(a)(4)(B) (possession and access with intent to view child pornography).

Date: ___07/13/2022___

Digitally signed by G. Michael Harvey
Date: 2022.07.13 11:37:14 -04'00'

*Issuing officer's signature*

City and state: ___Washington, D.C.___    G. Michael Harvey, U.S. Magistrate Judge

*Printed name and title*

### Return

This warrant was received on *(date)* __7/13/22__, and the person was arrested on *(date)* __7/15/22__
at *(city and state)* __Washington DC__.

Date: __7/13/22__

*Arresting officer's signature*

Michael Tantillo DUSM
*Printed name and title*